UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSH DONLEY, | |
|                Plaintiff, | No. C11-5995 RBL/KLS |
|    v. | |
| | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| RON FRAKER and SGT. T. SCHNEIDER, | |
|                Defendants. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' Motion to Dismiss (ECF No. 14) is **GRANTED;** Plaintiff's claims are **Dismissed without Prejudice** for failure to exhaust and this dismissal shall be counted **as a strike under 28 U.S.C. § 1915(g)**.

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 25th day of June, 2012.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1